UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
E.T., et al.,

                                  Plaintiffs,

              -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                  Defendant.
----------------------------------------------------------X

19-cv-7779 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: January 2, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge